**Opinion issued December 17, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00560-CV

————————————

**RICHARD MARTINEZ, Appellant**

**V.**

**FILOMENA GARCIA, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1184569**

---

## MEMORANDUM OPINION

Appellant, Richard Martinez, has filed a notice of appeal from the trial court's

April 22, 2024 final judgment. Appellant has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed in this appeal on August 16, 2024, and on August 20, 2024, the court reporter informed the Court that no record was taken. Appellant's brief was due to be filed on or before September 19, 2024. *See* TEX. R. APP. P. 38.6(a).

On September 18, 2024, appellant filed a motion for extension of time to file his brief, which the Court granted, setting October 21, 2024 as the deadline for appellant to file his brief. *See* TEX. R. APP. P. 10.5(b), 38.6(d). Appellant did not file an appellant's brief.

On November 5, 2024, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond to the November 5, 2024 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.